# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KRISTEN HIXSON,**

    **Plaintiff,**

                                **CASE NO.: 8:20- cv-1575-T-60SPF**

**vs.**

**BIOMERIEUX, INC.,**

    **Defendant.                        /**

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in this matter. The parties have advised the Court that they:

_____      Have settled the case.

_____      Have not settled the case but wish to continue settlement discussions.

_____      Wish to engage in a formal mediation conference.

_____      Request a settlement conference before the United States Magistrate Judge.

  X      Have extinguished all settlement efforts and will subsequently file a Case Management Report.

Dated: October 2, 2020                            Respectfully submitted,

| /s/   Kimberly De Arcangelis | /s/ Sarah J. Kuehnel |
|---|---|
| Kimberly De Arcangelis, Esquire | Sarah Kuehnel, Esq. |
| Bar No. 025871 | Bar No.: 124765 |
| Morgan & Morgan P.A. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 20 N. Orange Avenue, 15th Floor | 100 North Tampa Street, Suite 3600 |
| Orlando, FL  32801 | Tampa, FL, 33602 |
| Telephone: (407) 420-1414 | Telephone: 813.221.7239 |
| Facsimile: (407) 245-3383 | Facsimile: 813.289.6530 |
| Email:  kimd@forthepeople.com | sarah.kuehnel@ogletree.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |