UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTEN HIXSON,

    Plaintiff,

vs.                              CASE NO.:  8:20- cv-1575-T-60SPF

BIOMERIEUX, INC.,

    Defendant.                          /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KRISTEN HIXSON, and Defendant, BIOMERIEUX, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to a dismissal of this this action with prejudice. In support of this stipulation, the parties state as follows:

1.    Plaintiff alleged unpaid overtime compensation during her employment with Defendant. (Doc. 1).

2.    The Parties have reached an agreement wherein Plaintiff will receive full relief for both her alleged overtime compensation and liquidated damages.

3.    The attorneys' fees in this case were agreed upon separately and without regard to the amounts paid to Plaintiff.

4.    The resolution of this matter does not constitute a "compromise," which would involve or necessitate Court review and/or approval. The FLSA

only contemplates reviewing settlement agreements that result in the "compromise" of an employee's claim. *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226 & n.6 (M.D. Fla. 2009). Accordingly, no further review of the parties' settlement is required.

Date: June 22, 2021                                    Respectfully submitted,

| /s/   Kimberly De Arcangelis | /s/ Sarah J. Kuehnel |
|---|---|
| Kimberly De Arcangelis, Esquire | Sarah Kuehnel, Esq. |
| Bar No. 025871 | Bar No.: 124765 |
| Morgan & Morgan P.A. | OGLETREE, DEAKINS, NASH, |
| 20 N. Orange Avenue, 15th Floor | SMOAK & |
| Orlando, FL  32801 | STEWART, P.C. |
| Telephone: (407) 420-1414 | 100 North Tampa Street, Suite 3600 |
| Facsimile: (407) 245-3383 | Tampa, FL, 33602 |
| Email:  kimd@forthepeople.com | Telephone: 813.221.7239 |
| *Counsel for Plaintiff* | Facsimile: 813.289.6530 |
| | sarah.kuehnel@ogletree.com |
| | *Counsel for Defendant* |